IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN NELSON
Reg. #14619-010                                                                    PETITIONER

V.                         4:19-CV-613-BRW-BD

ARKANSAS, STATE OF                                                                RESPONDENT

## ORDER

I have carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Nelson has not filed any objections to the Recommendation. After careful consideration, I adopt the Recommendation in its entirety. Petitioner Steven Nelson's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of September, 2019.

                                                     Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE