IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN NELSON
Reg. #14619-010                                                                    PETITIONER

V.                          CASE NO. 4:19-CV-613-BRW-BD

ARKANSAS, STATE OF                                                                 RESPONDENT

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of September, 2019.

                                                  Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE